B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
VINCENT CASTILLO, State Bar No. 209298
vcastillo@llcllp.com
KARA A. ABELSON, State Bar No. 279320
kabelson@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:     (510) 433-2600
Facsimile:      (510) 433-2699

Attorneys for Defendant
NATIONAL RAILROAD PASSENGER
CORPORATION (AMTRAK)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA—FRESNO DIVISION

| | |
|---|---|
| CHARLES STINES; JANET R. STINES<br><br>Plaintiffs,<br><br>vs.<br><br>"AMTRAK" aka NATIONAL RAILROAD PASSENGER CORPORATION and DOES 1 THROUGH 100 INCLUSIVE<br><br>Defendants. | Case No. 1:13-CV-00522-LJO-MJS<br><br>**STIPULATION AND ORDER TO CHANGE THE DATE OF THE SETTLEMENT CONFERENCE BEFORE A MAGISTRATE JUDGE** |

The parties to this action, by and through their respective counsel, hereby stipulate to change the date of the Settlement Conference before Magistrate Judge Gary S. Austin from December 18, 2013 to January 16, 2014 at 10:30 a.m.  This stipulation shall not affect the pre-trial conference and trial dates.

Good cause exists for the requested date change because counsel for Defendant has a scheduling conflict with the original date of December 18, 2013.  Both parties are available on January 16, 2014 for a Settlement Conference.

Dated: November 1, 2013

DANIEL L. HARRALSON LAW CORPORAION

By:  /s/ *Daniel L. Harralson*
DANIEL L. HARRALSON
Attorney for Plaintiffs,
CHARLES STINES and JANET R. STINES

Dated: November 1, 2013

LOMBARDI, LOPER & CONANT, LLP

By:  /s/ *Kara Abelson*
KARA ABELSON
Attorney for Defendant,
NATIONAL RAILROAD PASSENGER CORPORATION

**ORDER**

The Stipulation to Change the Date of the Settlement Conference Before a Magistrate Judge, having been presented to the Court, and good cause appearing therefore, it is hereby ordered as follows:

The Settlement Conference before Magistrate Judge Gary S. Austin is hereby moved from December 18, 2013 to January 16, 2014 at 10:30 a.m.

IT IS SO ORDERED.

Dated:  November 1, 2013                    /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

13249-42974 KAA 649554.1

- 2 -

Case No.  1:13-CV-00522-LJO-MJS

**STIPULATION AND ORDER TO MOVE DATE OF SETTLEMENT CONFERENCE**