1   B. CLYDE HUTCHINSON, State Bar No. 037526
    bch@llcllp.com
2   VINCENT CASTILLO, State Bar No. 209298
    vcastillo@llcllp.com
3   KARA A. ABELSON, State Bar No. 279320
    kabelson@llcllp.com
4   LOMBARDI, LOPER & CONANT, LLP
    Lake Merritt Plaza
5   1999 Harrison Street, Suite 2600
    Oakland, CA  94612-3541
6   Telephone:      (510) 433-2600
    Facsimile:      (510) 433-2699
7
    Attorneys for Defendant
8   NATIONAL RAILROAD PASSENGER
    CORPORATION (AMTRAK)
9

10                   UNITED STATES DISTRICT COURT

11          EASTERN DISTRICT OF CALIFORNIA—FRESNO DIVISION

12

13  CHARLES STINES; JANET R. STINES        Case No. 1:13-CV-00522-LJO-MJS

14              Plaintiffs,                **STIPULATION AND ORDER TO CHANGE
                                           THE DATE OF THE SETTLEMENT
15       vs.                               CONFERENCE BEFORE A MAGISTRATE
                                           JUDGE**
16  "AMTRAK" aka NATIONAL
    RAILROAD PASSENGER
17  CORPORATION and DOES 1
    THROUGH 100 INCLUSIVE
18
                Defendants.
19

20

21       The parties to this action, by and through their respective counsel, hereby stipulate and

22  request that the Court vacate the Settlement Conference before Magistrate Judge Gary S. Austin

23  set for January 16, 2014 at 10:30 a.m. and reschedule the Settlement Conference for a date in

24  March, 2014.  This stipulation shall not affect the pre-trial conference and trial dates.

25       Good cause exists for the requested date change because the parties have been unable to

26  engage in sufficient discovery to allow meaningful settlement discussions to occur.  Plaintiff's

27  counsel has requested additional time to respond to Defendant's written discovery and request for

28  document production.  Accordingly, Defendant has been unable to obtain or subpoena Plaintiff's

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541

13249-42974 KAA 651343.1                      - 1 -
                                        Case No.  1:13-CV-00522-LJO-MJS

1   medical records.  Without a careful review of Plaintiff's medical records, settlement discussions

2   will be futile.  Setting the Settlement Conference for a date in March will allow the parties

3   sufficient time to obtain the records and documentation necessary to evaluate the case and engage

4   in meaningful settlement discussions.  The parties are confident that postponing the Settlement

5   Conference until a date in March will provide the parties enough time to adequately prepare to

6   discuss settlement.  Accordingly, it is in the parties and the Court's best in interest to postpone the

7   Settlement Conference until March.

8

9   Dated: January 7, 2014                          DANIEL L. HARRALSON LAW
                                                    CORPORAION
10

11                                                  By:___/s/ *Daniel L. Harralson*_____
                                                        DANIEL L. HARRALSON
12                                                      Attorney for Plaintiffs,
                                                       CHARLES STINES and JANET R.
13                                                     STINES

14  Dated: January 7, 2014                          LOMBARDI, LOPER & CONANT, LLP

15

16                                                  By:___/s/ *Kara Abelson*_____
                                                        KARA ABELSON
17                                                     Attorney for Defendant,
                                                       NATIONAL RAILROAD PASSENGER
18                                                     CORPORATION

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND ORDER TO MOVE DATE OF SETTLEMENT CONFERENCE**

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541

1

**<u>ORDER</u>**

2

      The Stipulation to Change the Date of the Settlement Conference Before a Magistrate

3

Judge, having been presented to the Court, and good cause appearing therefore, it is hereby

4

ordered as follows:

5

    1)  The Settlement Conference now set for Thursday, January 16, 2014 at 10:30 a.m. is

6

        RESET to **Thursday, March 27, 2014 at 10:30 a.m.** in Courtroom 10 before

7

        Magistrate Judge Gary S. Austin.

8

9

10

11

12

13

14

IT IS SO ORDERED.

15

Dated:  <u>**January 8, 2014**</u>            <u>/s/ **Gary S. Austin**</u>

16

                                          UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

**LOMBARDI, LOPER & CONANT, LLP**
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541

13249-42974 KAA 651343.1

- 3 -

Case No.  1:13-CV-00522-LJO-MJS

**STIPULATION AND ORDER TO MOVE DATE OF SETTLEMENT CONFERENCE**