B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
VINCENT CASTILLO, State Bar No. 209298
vcastillo@llcllp.com
KARA A. ABELSON, State Bar No. 279320
kabelson@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:    (510) 433-2600
Facsimile:    (510) 433-2699

Attorneys for Defendant
NATIONAL RAILROAD PASSENGER
CORPORATION (AMTRAK)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA—FRESNO DIVISION

| | |
|---|---|
| CHARLES STINES; JANET R. STINES<br><br>Plaintiffs,<br><br>vs.<br><br>"AMTRAK" aka NATIONAL RAILROAD PASSENGER CORPORATION and DOES 1 THROUGH 100 INCLUSIVE<br><br>Defendants. | Case No. 1:13-CV-00522-LJO-MJS<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES** |

**STIPULATION**

Plaintiffs Charles Stines and Janet R. Stines and Defendant National Railroad Passenger Corporation ("Amtrak"), by and through their attorneys of record, hereby stipulate to extend the deadlines set by the Court in its Scheduling Order dated October 17, 2013.  This stipulation shall not affect the pre-trial conference and trial dates.

Good cause exists for the requested extensions because plaintiffs have not yet provided authorizations for the release of pertinent medical records, which are necessary to obtain prior to taking their depositions.  This has required the parties to postpone the depositions and further

written discovery. The lack of available medical records has further delayed expert discovery, as the records are required for expert analysis. Moreover, plaintiffs requested and were granted multiple extensions to respond to written discovery, which has likewise delayed the discovery process.

Although the parties have been diligently working to complete discovery, they will require additional time to engage in both expert and non-expert discovery so that meaningful settlement discussions may occur and the parties may adequately prepare their case for trial, if necessary. Accordingly, additional time is needed to receive and review plaintiffs' complete medical files and to subsequently conduct plaintiffs' depositions. The parties do not anticipate filing dispositive motions in this matter, but do request that the dispositive motion filing deadline and hearing date be continued in accordance with the new discovery deadlines so that the parties have adequate time to prepare a motion for summary judgment or adjudication, if necessary, after the close of all discovery.

Based on the foregoing, the parties stipulate to the following continuances:

1. The deadline to complete non-expert discovery in compliance with Rule 26 shall be extended from February 28, 2014 to **April 15, 2014.**

2. The deadline to serve expert witness disclosures and expert reports in compliance with Rule 26(a)(2)(B) shall be extended from March 14, 2014 to **May 2, 2014.**

3. The deadline to complete all expert discovery, including depositions of expert witnesses, shall be extended from April 28, 2014 to **June 16, 2014.**

4. The deadline to file, serve, and notice all non-dispositive motions shall be extended from April 28, 2014 to **June 16, 2014.**

5. The deadline to file, serve, and notice all dispositive motions shall be extended from May 28, 2014 to **June 30, 2014.**

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541

| | | |
|---|---|---|
| 1 | Dated:   February 14, 2014 | DANIEL HARRALSON LAW FIRM |
| 2 | | |
| 3 | | By:   /s/ *Daniel Harralson* |
| | | DANIEL HARRALSON |
| 4 | | Attorneys for Plaintiffs |

Dated:   February 14, 2014          LOMBARDI, LOPER & CONANT, LLP


By:   /s/ *Kara Abelson*
KARA ABELSON
Attorneys for Defendant,
NATIONAL RAILROAD PASSENGER
CORPORATION

### **ORDER**

WHEREAS, good cause exists for the relief requested herein, the Court hereby makes the foregoing Stipulation the Order of this Court.

IT IS SO ORDERED.

Dated:   February 18, 2014          /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

13249-42974 KAA 652510.1                 - 3 -
                            Case No.  1:13-CV-00522-LJO-MJS
**STIPULATION AND ORDER TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES**