B. CLYDE HUTCHINSON, State Bar No. 37526
bch@llcllp.com
KARA A. ABELSON, State Bar No. 279320
kabelson@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:   (510) 433-2600
Facsimile:    (510) 433-2699

Attorneys for Defendant
NATIONAL RAILROAD PASSENGER
CORPORATION (AMTRAK)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CHARLES STINES; JANET R. STINES,<br><br>Plaintiffs,<br><br>v.<br><br>"AMTRAK" aka NATIONAL RAILROAD PASSENGER CORPORATION and DOES 1 THROUGH 100 INCLUSIVE,<br><br>Defendants. | Case No. 1:13-CV-00522-LJO-MJS<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between plaintiffs CHARLES STINES AND JANET STINES and Defendant NATIONAL RAILROAD PASSENGER CORPORATION, by and through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).  Each party to bear their own costs.

///

///

///

///

13249-42974 KAA 661484.1

STIPULATION AND ORDER OF DISMISSAL
CASE NO. 1:13-CV-00522-LJO-MJS

DATED:  December 29, 2014            DANIEL L. HARRALSON LAW
                                     CORPORATION


                                     By    /s/ *Daniel L. Harralson*
                                         DANIEL L HARRALSON
                                         Attorneys for Plaintiffs
                                     CHARLES STINES AND JANET R. STINES


DATED:  December 29, 2014            LOMBARDI, LOPER & CONANT, LLP


                                     By:   /s/ *Kara A. Abelson*
                                         B. CLYDE HUTCHINSON
                                         KARA A. ABELSON
                                         Attorneys for Defendant
                                     NATIONAL RAILROAD PASSENGER
                                         CORPORATION dba AMTRAK


**ORDER**

Good cause appearing, the above Stipulation is accepted and this case is hereby dismissed.

IT IS SO ORDERED.


Dated:   December 30, 2014           /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE